**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 18−42285 − MER
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lonnie James Gilbert

27731 Silverod St
Isanti, MN 55040

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−2861

Heidi Marie Gilbert
fka Heidi Marie Mickelson

27731 Silverod St
Isanti, MN 55040

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−1634

**NOTICE TO FILE CLAIMS**

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 2/11/19 , or, for governmental units, within 180 days from the date of the Order for Relief or 2/11/19 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 11/8/18

Lori Vosejpka
Clerk, U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 10/14