UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                          Chapter 7

LONNIE JAMES GILBERT                                                   BKY Case No. 18-42285 (MER)
HEIDI MARIE GILBERT,
                                    Debtors.

---

**NOTICE OF SETTLEMENT OR COMPROMISE**

To:    The United States Trustee, all creditors and other parties in interest.

On **December 13, 2018**, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will settle a controversy as follows:

Debtors have the following non-exempt property: (1) 1969 Crestliner Tiger Murry, with a scheduled value of $300.00; (2) two Samsung phones valued at $200.00; (3) a Mossberg 12 gauge and a Ruger 9mm gun, valued at $275.00; (4) Jewelry - Ring valued at $150.00; (5) Animals - chickens & rabbits, $30.00; (6) Cash, $7.00; (7) Checking account at Minnco CU, $9.00; (8) Checking account at Flagship Bank, $5.00; (9) Savings at Minnco CU, $14.00; (10) Unpaid wages in the amount of $235.00; and (11) debtors' 2017 property tax refund , amount unknown.  In addition, the bankruptcy estate is entitled to 54% of all 2018 Federal and State tax returns, amount unknown.   The non-exempt property listed as 1 through 10 above equals $1,225.00.  The debtors and the trustee have entered into an agreement whereby the debtors will pay the trustee $1,225.00 for the non exempt property by making payments of $100.00 per month beginning in December 2018 and each month thereafter until paid in full.   The debtors also agree to turn over their 2017 property tax refund  as property of the estate and agree to turn over 54% of all 2018 Federal and State tax refunds, amount unknown.  Based upon the uncertainties and costs involved in liquidating the assets, the trustee  believes that this settlement is in the best interest of the bankruptcy estate.

**OBJECTION: MOTION:: HEARING**.  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Trustee |
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 300 So. 4th St. | 300 So. 4th St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  November 14, 2018                                        /e/ J. Richard Stermer
                                                                                        J. Richard Stermer, Trustee
                                                                                         P. O. Box 514
                                                                                        Montevideo, MN  56265
                                                                                        Telephone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | |
|---|---|
| IN RE:  LONNIE JAMES GILBERT<br>HEIDI MARIE GILBERT | CASE NO: 18-42285<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/15/2018, I did cause a copy of the following documents, described below,

NOTICE OF SETTLEMENT OR COMPROMISE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/15/2018

/s/ /s/ J. RICHARD STERMER
/s/ J. RICHARD STERMER  0216811
STERMER & SELLNER, CHTD.
102 PARKWAY DRIVE, PO BOX 514
MONTEVIDEO, MN  56265
320 269 6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | |
|---|---|
| IN RE: LONNIE JAMES GILBERT<br>HEIDI MARIE GILBERT | CASE NO: 18-42285<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 11/15/2018, a copy of the following documents, described below,

NOTICE OF SETTLEMENT OR COMPROMISE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/15/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ J. RICHARD STERMER
STERMER & SELLNER, CHTD.
102 PARKWAY DRIVE, PO BOX 514
MONTEVIDEO, MN  56265

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 18-42285<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>WED NOV 14 15-59-41 CST 2018 | EXCLUDE<br>MINNEAPOLIS<br>301 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | 1ST FINANCIAL BANK<br>CORRESPONDENCE ADDR<br>PO BOX 1100<br>N SIOUX CITY SD 57049-1100 |
| ACCOUNTS RECEIVEABLE SERVICES<br>6160 SUMMIT DR<br>SUITE 420<br>MINNEAPOLIS MN 55430-2149 | ALLINA HEALTH<br>PO BOX 77008<br>MINNEAPOLIS MN 55480-7708 | AMAZONSYNCHRONY BANK<br>ATTN BANKRUTPCY DEPT<br>PO BOX 103104<br>ROSWELL GA 30076-9104 |
| ASHLEY FURNITURESYNCHRONY<br>PO BOX 965061<br>ORLANDO FL 32896-5061 | BEST BUY CREDIT SERVICES<br>PO BOX 790441<br>ST LOUIS MO 63179-0441 | CAPITAL ONE BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CARECREDIT<br>2995 RED HILL AVENUE<br>COSTA MESA CA 92626-5976 | CARRINGTON MORTGAGE SERVICES<br>PO BOX 3489<br>ANAHEIM CA 92803-3489 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CHILDRENS HOSPITALS AND CLINICS<br>2550 UNIVERSITY AVENUE WEST 143N<br>ST PAUL MN 55114-1098 | CITI CARDS<br>PO BOX 6097<br>SIOUX FALLS SD 57117-6097 | EPPA<br>5435 FELTL ROAD<br>MINNETONKA MN 55343-7983 |
| FAIRVIEW HEALTH SERVICES<br>PO BOX 9372<br>MINNEAPOLIS MN 55440-9372 | FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | GORDON U FREDEEN DDS<br>401 DUAL BLVD E PO BOX 310<br>ISANTI MN 55040-0310 |
| HOME DEPOT CREDIT SERVICES<br>P O BOX 790328<br>ST LOUIS MO 63179-0328 | KOHLS<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | MINNCO CREDIT UNION<br>235 W FIRST AVENUE<br>CAMBRIDGE MN 55008-1528 |
| OLD NAVYSYNCB<br>PO BOX 530993<br>ATLANTA GA 30353-0993 | RELIANCE RECOVERIES<br>ATTN ACCOUNTS RECEIVABLE SERVICES<br>6160 SUMMIT DR N<br>SUITE 440<br>BROOKLYN CENTER MN 55430-2149 | REVSOLVE INC<br>MSC 600<br>PO BOX 52163<br>PHOENIX AZ 85072-2163 |
| RIVERVIEW LAW OFFICE PLLC<br>225 N BENTON DR STE 209<br>PO BOX 570<br>SAUK RAPIDS MN 56379-0570 | SUBURBAN RADIOLOGIC CONSULTANTS<br>4801 W 81ST STREET STE 108<br>MINNEAPOLIS MN 55437-1191 | SYNCHRONY BANK<br>PO BOX 965061<br>ORLANDO FL 32896-5061 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TD BANK USA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248866
OKLAHOMA CITY OK 73124-8866

TARGET CARD SERVICES
PO BOX 660170
DALLAS TX 75266-0170

US BANK AUTO LOAN
PO BOX 2188
OSHKOSH WI 54903-2188


~~EXCLUDE~~
~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

VENUS
PO BOX 659450
SAN ANTONIO TX 78265-9450

WALMART CREDIT CARDSYNCHRONY BANK
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060


WELLS FARGO CARD SERVICES
PO BOX 10347
DES MOINES IA 50306-0347

WELLS FARGO EDUCATIONAL SERVICES
PO BOX 5185
SIOUX FALLS SD 57117-5185

YAMAHA FINANCINGGE CAPITAL RETAIL BANK
PO BOX 6153
RAPID CITY SD 57709-6153


~~EXCLUDE~~
~~ANDREW C WALKER~~
~~WALKER - WALKER LAW OFFICES PLLC~~
~~4356 NICOLLET AVE S~~
~~MINNEAPOLIS MN 55409-2033~~

HEIDI MARIE GILBERT
27731 SILVEROD ST
ISANTI MN 55040-5464

~~EXCLUDE~~
~~J RICHARD STERMER~~
~~STERMER - SELLNER CHTD~~
~~102 PARKWAY DRIVE~~
~~PO BOX 514~~
~~MONTEVIDEO MN 56265-0514~~


DEBTOR
LONNIE JAMES GILBERT
27731 SILVEROD ST
ISANTI MN 55040-5464