UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                              Chapter 7

LONNIE JAMES GILBERT                                                BKY Case No. 18-42285 (MER)
HEIDI MARIE GILBERT,
                    Debtors.

# ORDER APPROVING SETTLEMENT

This case is before the court on the trustee's Notice of Settlement or Compromise (Doc #16) for an order approving a settlement with the debtors regarding non exempt property and payment of tax refunds. No objection having been filed, and based upon the Notice of Settlement or Compromise and the file,

IT IS ORDERED: The settlement described in the Notice of Settlement (Doc #16), dated November 14, 2018 is approved.

Dated:  *December 13, 2018*

*/e/ Michael E. Ridgway*

Michael E. Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/13/2018*
Lori Vosejpka, Clerk, by MJS